Disposition of Petitions for Discretionary Review Under G.S. 7A-31

11 April 2013

| 005P13 | State v. Nathaniel Canty | 1. State's Motion for Temporary Stay (COA12-804) | 1. Allowed **01/07/13;** Dissolved the Stay **04/11/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | | **Beasley, J. Recused** |
| 006P13 | State v. Garland Christopher Mitchell | 1. Def's NOA Based Upon a Constitutional Question (COA12-499) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | | **Beasley, J., Recused** |
| 013P13 | State v. Terrence Termaine Oakley | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-325) | 1. Denied |
| | | 2. State's Motion to Deem Response to PDR Timely Filed | 2. Allowed |
| | | 3. State's Motion to Amend Docket Sheet | 3. Dismissed as Moot |
| | | | **Beasley, J., Recused** |
| 015P13 | State v. Wilfredo Moreno Moreno | 1. Def's NOA Based Upon a Constitutional Question (COA12-530) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 017P08-2 | In re: Stanley Lorenzo Williams v. N.C. Court of Appeals, et al | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **03/12/13** |
| 023P13 | State v. Eric L. Martinez | Def's *Pro Se* Motion for Petition of Actual Innocence of Being a Habitual Felon | Dismissed |